MILTON J. MEYER, Appellant, v. JACOB STEIN, Also Known as JACK STEIN, Respondent.— Order granting defendant's motion to dismiss the complaint on the ground that the plaintiff has not legal capacity to sue unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley and Cohn, JJ. [161· Misc. 91.]

In the Matter of the Application of VINCENT CAPUTO, Petitioner, for an Order of Certiorari to Review the Action of EDWARD P. MULROONEY and Others, Respondents, in Refusing to Issue a Renewal of the Petitioner's Retail Wine License, and Further, in Disapproving the Petitioner's Application for a Retail Liquor License. — Order of certiorari unanimously dismissed and determination of respondents confirmed, with fifty dollars costs and disbursements to the respondents. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Dore and Cohn, JJ.

PASQUALE I. SIMONELLI, Respondent, v. THE WESTERN ASSURANCE COMPANY, Appellant.— Order granting plaintiff's motion for summary judgment, and the judgment entered thereon, unanimously reversed, with costs, and the motion denied. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Dore and Cohn, JJ.

LOLA MOLEA, Respondent, v. FIRE ASSOCIATION OF PHILADELPHIA, Appellant. — Order, so far as appealed from, granting plaintiff's motion to strike out the first and second defenses of the answer without leave to plead over, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Dore and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PETER LA PELLA, Appellant.— Judgment convicting defendant of criminally having and carrying a firearm concealed upon his person after having been convicted of a crime unanimously affirmed. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Dore and Cohn, JJ.

COMMISSIONER OF PUBLIC WELFARE OF THE CITY OF NEW YORK, on Complaint of MARY B. BOSSI, Respondent, v. FRANK SEGRETO, Appellant.— Order of filiation unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Dore and Cohn, JJ.

MARY HAGGERTY, Appellant, v. LOUIS MOLIA, Respondent.—Appeal from judgment dismissing the complaint, a jury having rendered a verdict in favor of defendant. Action for personal injuries. Plaintiff, a State factory inspector at the time of the accident, carrying out the duties of that position, entered the basement of a tenement house belonging to defendant. When she had taken a few steps in the hall the door was shut behind her, making the place dark. She took another step forward and tripped over a boy's wagon and fell and received the injuries for which she sues to recover. Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Dore and Cohn, JJ.